| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Stephen Curtiss McCarty Jr.**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8724<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **District of Utah**<br>Case number:   **23–20290   KRA** | | Date case filed for chapter **13:   1/27/23** |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov). Case status information is available at no charge by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Stephen Curtiss McCarty Jr. | |
| 2. | **All other names used in the last 8 years** | aka Stephen C McCarty, aka Stephen McCarty Jr., aka Stephen C McCarty Jr. | |
| 3. | **Address** | 871 W Prairie Dog Way<br>Saratoga Springs, UT 84045 | |
| 4. | **Debtor's attorney**<br>Name and address | Andrew T. Curtis<br>Lincoln Law<br>921 West Center Street<br>Orem, UT 84057 | Contact phone (801) 224–8282<br><br>Email: lincolnlaw.orem.atc@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lon Jenkins tr<br>Ch. 13 Trustee's Office<br>465 South 400 East<br>Suite 200<br>Salt Lake City, UT 84111 | Contact phone 801–596–2884<br><br>Email: utahtrusteemail@ch13ut.org |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |

Official Form 309I    Notice of Chapter 13 Bankruptcy Case                                                                                              page 1
Date Generated: 2/1/23                                                                                                    For more information, see page 2 >

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**Mar. 3, 2023** at **11:00 AM**<br><br>Location:<br><br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (385) 832–9074, Enter Meeting ID 437 037 6107, and Passcode 3375693596** |
| | For additional meeting information go to https://www.justice.gov/ust/moc | |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/2/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/7/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/26/23** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan and confirmation hearing on docket** | The debtor has filed a plan.<br>The hearing on confirmation will be held on: **4/11/23** at **02:00 PM**<br>Location: **Dial: (636) 651–3182 Ten Min Before Hrg, Access Code: 6001201#, KRA Teleconference Line** | |
| **Objections to Confirmation** | Objections to confirmation must be filed and served no later than 7 days before the date set for confirmation. If there are no timely filed objections to confirmation pending or if all objections to confirmation are resolved by a court order or a stipulation signed by the debtor, the trustee and the objecting party, a plan may be confirmed without objection, and the hearing stricken. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
District of Utah

In re: Case No. 23-20290-KRA
Stephen Curtiss McCarty, Jr. Chapter 13
 Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2 User: admin Page 1 of 3
Date Rcvd: Feb 01, 2023 Form ID: 309I Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol** **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\# Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Curtiss McCarty, Jr., 871 W Prairie Dog Way, Saratoga Springs, UT 84045-5073 |
| 12151631 | #+ | Apg Financial, 4238 S Redwood Rd, Taylorsville, UT 84123-2220 |
| 12151634 | + | Check City, 15 South State Street, Orem, UT 84058-5417 |
| 12151636 | | EM Phys Integrated Care (EPIC), PO Box 734389, Chicago, IL 60673-4389 |
| 12151637 | + | Emergency Physician Statement, 2000 N Classen Blvd Suite 1300, Oklahoma City, OK 73106-6024 |
| 12151638 | + | Fast Start Auto, Inc, 7755 S State Street, Midvale, UT 84047-3254 |
| 12151640 | | First Digital Card, PO Box 95650, Sioux Falls, SD 57118 |
| 12151642 | + | First Professional Services Corporation, 8841 S. Redwood Road, Suite B, West Jordan, UT 84088-9290 |
| 12151644 | + | Gentry Finance, 1829 3500 S #6, West Valley City, UT 84119-3435 |
| 12151646 | + | Kevin Charles, 3377 East Bridge Street, Eagle Mountain, UT 84005-6546 |
| 12151647 | + | Kevon Charles, 3377 East Bridge Street, Eagle Mountain, UT 84005-6546 |
| 12151648 | + | Kikoff Lending LLC, PO Box 40070, Reno, NV 89504-4070 |
| 12151653 | + | Money 4 You (#23), 1536 N Woodland Park Drive Ste 230, Layton, UT 84041-5750 |
| 12151655 | + | Mountain Land Collections, LLC dba MLC, P.O. Box 1280, American Fork, UT 84003-6280 |
| 12151657 | + | Mountain West Family Practice, 2356 N 400 E suite 201, Tooele, UT 84074-3409 |
| 12151658 | + | North American Title Loans dba Loan Max, 140 N State Street, Orem, UT 84057-5510 |
| 12151662 | + | Revere Health, 1055 N 500 W, Provo, UT 84604-3305 |
| 12151663 | | Revvi, PO Box 85800, Eagle Mountain, UT 84005-6546 |
| 12151665 | | Sports Drug Testing Laboratory, Po Box 95970, South Jordan, UT 84095-0970 |
| 12151669 | + | Utah Community Federal Credit Union, 360 West 4800 North, Provo, UT 84604-5675 |
| 12151672 | + | Wren Hollow Medical, LLC, PO Box 95970, South Jordan, UT 84095-0970 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: lincolnlaw.orem.atc@gmail.com | Feb 02 2023 00:13:00 | Andrew T. Curtis, Lincoln Law, 921 West Center Street, Orem, UT 84057 |
| tr | + | Email/Text: bnc@ch13ut.org | Feb 02 2023 00:14:00 | Lon Jenkins tr, Ch. 13 Trustee's Office, 465 South 400 East, Suite 200, Salt Lake City, UT 84111-3345 |
| 12151630 | + | EDI: TCISOLUTIONS.COM | Feb 02 2023 05:04:00 | 1st Access/Tbom/Vt, 10182 Telesis Ct Ste 300, San Diego, CA 92121-4777 |
| 12151632 | + | EDI: TCISOLUTIONS.COM | Feb 02 2023 05:04:00 | Bank of Missouri, Total Card Inc., 5109 S Broadbend Lane, Sioux Falls, SD 57108-2208 |
| 12151633 | + | Email/Text: rstaker@cbutah.com | Feb 02 2023 00:14:00 | Central Bank, 75 N University Ave, Provo, UT 84601-4429 |
| 12151635 | ^ | MEBN | Feb 02 2023 00:06:36 | EM PHYS Integrated Care (EPIC), PO Box 96398, Oklahoma City, OK 73143-6398 |
| 12151639 | | EDI: TCISOLUTIONS.COM | | |

Case 23-20290  Doc 14  Filed 02/03/23  Entered 02/03/23 22:29:43  Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 1088-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 01, 2023 | Form ID: 309I | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 02 2023 05:04:00 | First Access, PO Box 89028, Sioux Falls, SD 57109-9028 |
| 12151641 | + | EDI: AMINFOFP.COM | | |
| | | | Feb 02 2023 05:04:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 12151643 | + | EDI: PHINGENESIS | | |
| | | | Feb 02 2023 05:09:00 | Genesis FS Card Services, PO Box 4480, Beaverton, OR 97076-4480 |
| 12151645 | | EDI: IRS.COM | | |
| | | | Feb 02 2023 05:04:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 12151649 | + | Email/Text: ZyCredit.A.User@lesschwab.com | | |
| | | | Feb 02 2023 00:14:00 | Les Schwab Tire Center, PO Box 5350, Bend, OR 97708-5350 |
| 12151650 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 02 2023 00:19:20 | Lvnv Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 12151651 | + | Email/Text: MDSBankruptcies@meddatsys.com | | |
| | | | Feb 02 2023 00:13:00 | Medical Revenue Service, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 12151652 | | Email/Text: m4u@mny4you.com | | |
| | | | Feb 02 2023 00:14:00 | Money 4 You, 1858 W 5150 S Ste 503, Roy, UT 84067-3063 |
| 12151654 | + | Email/Text: wendy@mountainlandcollections.com | | |
| | | | Feb 02 2023 00:14:00 | Mountain Land Collections, 852 E 1050 S, American Fork, UT 84003-3798 |
| 12151656 | + | Email/Text: smgutahbankruptcycourt@steward.org | | |
| | | | Feb 02 2023 00:13:00 | Mountain Point Medical Center, 3000 N Triumph St, Lehi, UT 84043-7186 |
| 12151659 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | | |
| | | | Feb 02 2023 00:13:00 | Progressive Direct, PO Box 31260, Tampa, FL 33631-3260 |
| 12151660 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 02 2023 00:19:20 | Resurgent Capital, PO Box 10466, Greenville, SC 29603-0466 |
| 12151661 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 02 2023 00:19:25 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12151664 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com | | |
| | | | Feb 02 2023 00:13:00 | Security Finance, Attn: Bankruptcy, PO Box 1893, Spartanburg, SC 29304-1893 |
| 12151938 | + | EDI: RMSC.COM | | |
| | | | Feb 02 2023 05:04:00 | Synchrony Bank, Care of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 12151666 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | | Feb 02 2023 00:13:00 | Tbom/Atls/Aspire, 5 Concourse Pkwy Ste 400, Atlanta, GA 30328-9114 |
| 12151667 | + | Email/Text: ebn@recoupasset.com | | |
| | | | Feb 02 2023 00:13:00 | Timberline Financial Inc, 369 E State Rd, Pleasant Grove, UT 84062-3616 |
| 12151668 | | EDI: TCISOLUTIONS.COM | | |
| | | | Feb 02 2023 05:04:00 | Total Visa, PO Box 5220, Sioux Falls, SD 57117-5220 |
| 12151670 | | EDI: UTAHTAXCOMM.COM | | |
| | | | Feb 02 2023 05:04:00 | Utah State Tax Commission, Taxpayer Services Division, 210 N 1950 W, Salt Lake City, UT 84134-3340 |
| 12151671 | + | EDI: VERIZONCOMB.COM | | |
| | | | Feb 02 2023 05:04:00 | Verizon Wireless, PO Box 660108, Dallas, TX 75266-0108 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2023        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew T. Curtis | on behalf of Debtor Stephen Curtiss McCarty Jr. lincolnlaw.orem.atc@gmail.com, ecf.ut.t6@sitekitmail.com;ecf.ut.t7@sitekitmail.com;ecf.ut.t8@sitekitmail.com;andrewcurtis.ut.bdcf@freelooks.counselkit.com;andrewcurtis.ut.8130@freelooks.counselkit.com;ck.freelooks+ut+atc@gmail.com |
| Lon Jenkins tr | ecfmail@ch13ut.org  lneebling@ch13ut.org |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3